IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| HAROLD S. DYKES, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) CA 19-0274-CG-MU |
| | ) |
| WARDEN DAN REDINGTON, | ) |
| | ) |
| Respondent. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a <u>de novo</u> determination of those portions of the recommendation to which objection is made, the report and recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated April 23, 2020, is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 14th day of May, 2020.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE