IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| HAROLD S. DYKES, | ) |
| Petitioner, | ) |
| vs. | ) CA 19-0274-CG-MU |
| WARDEN DAN REDINGTON, | ) |
| Respondent. | ) |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that Harold S. Dykes' petition for writ of habeas corpus (Doc. 1), filed pursuant to 28 U.S.C. § 2254, be dismissed because Dykes has failed to state a claim which would entitle him to habeas corpus relief in accordance with § 2254 inasmuch as the due process protections afforded him by the Fourteenth Amendment have yet to be triggered and will not be triggered unless and until there is execution of the probation violation arrest warrant issued by the Circuit Court of Mobile County, Alabama back on April 25, 2003 and Dykes is taken into Alabama's custody under that probation violation arrest warrant. Petitioner is not entitled to a certificate of appealability and, therefore, he is not entitled to appeal in forma pauperis.

**DONE and ORDERED** this 14th day of May, 2020.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE